No. 24-2910

# In the United States Court of Appeals for the Ninth Circuit

SUSAN VANNESS, ALEXANDREA SLACK, MARTIN WALDMAN, AND ROBERT BEADLES,

*Plaintiffs-Appellants,*

v.

FRANCISCO V. AGUILAR, in his official capacity as Nevada Secretary of State, AND JOSEPH M. LOMBARDO, in his official capacity as Governor of the State of Nevada,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
District Court No. 2:23-cv-01009-CDS-MDC (Silva, J.)

AMERICAN CENTER FOR LAW AND JUSTICE'S MOTION
FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF SUPPORTING
APPELLANTS

JORDAN SEKULOW
DONN PARSONS
BENJAMIN P. SISNEY
NATHAN J. MOELKER
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
Phone: (202) 546-8890
Email: bsisney@aclj.org
*Counsel for Amicus Curiae*

November 11, 2024

The American Center for Law and Justice ("ACLJ"), by and through undersigned counsel, respectfully moves the Court pursuant to Fed. R. App. P. 29(a)(3) for leave to file an *amicus curiae* brief in the above-captioned matter in support of the Appellants. The Appellants have consented to this motion. The Appellees did not consent.

The ACLJ has a special interest in the subject matter of the suit. The ACLJ is an organization dedicated to the defense of constitutional liberties secured by law, including the defense of election integrity and freedom of speech. Counsel for the ACLJ have presented oral argument, represented parties, and submitted *amicus curiae* briefs before the Supreme Court of the United States and numerous state and federal courts in cases involving a variety of issues. ACLJ attorneys have appeared often before the Supreme Court as counsel for parties, e.g., *McConnell v. FEC*, 540 U.S. 93 (2003) (unanimously holding that minors enjoy the protection of the First Amendment); *Lamb's Chapel v. Center Moriches Sch. Dist.*, 508 U.S. 384 (1993) (unanimously holding that denying a church access to public school premises to show a film series on parenting violated the First Amendment); *Bd. of Airport Comm'rs v. Jews for Jesus*, 482 U.S. 569 (1987) (unanimously striking down a public airport's ban on First Amendment activities), or *for amici*, *e.g.*, *Fischer v. United States*, 144 S. Ct. 2176 (2024); *McDonnell v. United States*, 579 U.S. 550 (2016); and *Bush v. Gore*, 531 U.S. 98 (2000).

Pursuant to Fed. R. App. P. 29(a)(3)(A), the ACLJ has a unique interest in protecting the freedom of people to participate in the political process. Earlier this year, the ACLJ won a unanimous victory in *Trump v. Anderson*, 601 U.S. 100, 104 (2024), where the Supreme Court held that states have no power under the U.S. Constitution to enforce Section Three of the Fourteenth Amendment with respect to federal offices. The ACLJ represented the Colorado Republican Party as a party to that litigation, succeeding in persuading the Supreme Court to ensure the electoral process is maintained and that the citizens of the United States can vote for the candidates of their choice. Likewise, the ACLJ recently represented the Green Party of Nevada in *Nevada Green Party v. Aguilar, et al.*, SC 24A262 (Sup. Crt.), a Supreme Court case concerning whether the Green Party's candidate could lawfully be excluded from the ballot by the State of Nevada.

The proper resolution of this case is a matter of utmost concern to the ACLJ and its supporters because of the case's impact on the ability of all to freely exercise their First Amendment rights free from overbroad and vague penalties. For the foregoing reasons, *amicus* respectfully asks this Court to grant leave to file an *amicus curiae* brief in support of the Appellants.

November 11, 2024                    Respectfully Submitted,

                                     JORDAN SEKULOW
                                     DONN PARSONS

                                     /S/ Benjamin P. Sisney
                                     BENJAMIN P. SISNEY
                                     NATHAN J. MOELKER
                                     AMERICAN CENTER FOR LAW & JUSTICE
                                     201 Maryland Ave., NE
                                     Washington, DC 20002
                                     Phone: (202) 546-8890
                                     Email:  bsisney@aclj.org

November 11, 2024                    *Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2024, I electronically filed a copy of

the foregoing Motion for Leave to File *Amicus Curiae* Brief using the ECF System

which will send notification of that filing to all counsel of record in this litigation.

Dated: November 11, 2024

/s/ *Benjamin P. Sisney*
Benjamin P. Sisney
*Counsel for Amicus Curiae*